# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**ANGUS KELLEY,**

    **Petitioner,**

**v.**                                              **CASE NO. 5:14-cv-68-RS-EMT**

**MICHAEL D. CREWS,**

    **Respondent.**

_____/

## ORDER

Before me are the October 31, 2014, Magistrate Judge's Report and Recommendation (Doc. 20) and Petitioner's Objection to Report and Recommendation (Doc. 26). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. The petition for writ of habeas corpus (doc. 1) is **DENIED**.
3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.
4. The clerk is directed to close the file.

**ORDERED** on January 13, 2015.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**